AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

## Eastern District of Washington

| | |
|---|---|
| SMOKE CITY FOR LESS LLC <br><br> *Plaintiff(s)* <br> v. <br><br> SMOKE CITY GLASS & VAPE, INC.; SMOKE CITY WALLA WALLA LLC; SMOKE CITY SPOKANE LLC; SMOKE CITY CHENEY LLC; BASMA LLC; SMOKE CITY GLASS AND VAPE BELLINGHM; et al <br><br> *Defendant(s)* | Civil Action No. 4:24-cv-05077-MKD |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   SMOKE CITY GLASS & VAPE, INC.
2111 S. 96th Ave.
Yakima, Washington 98903

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*



Jul 03, 2024, 5:03 pm

Date

**SEAN F. McAVOY, Clerk**

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 4:24-cv-05077-MKD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date _____

Server's signature _____

Printed name and title _____

Server's address _____

Additional information regarding attempted service, etc: